**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Denis Da Silva,

Petitioner(s),

v.

Markwayne Mullin, et al.,

Respondent(s).

Case No. 2:26-cv-03020-NJK

**ORDER**

[Docket No. 1]

Plaintiff's initiating documents include personal identifying information, including his date of birth. *See, e.g.*, Docket No. 1 at ¶ 7. The Court **INSTRUCTS** the Clerk's Office to seal the complaint and exhibits thereto. Plaintiff's counsel must review the governing rules on redacting personal identifying information, Fed. R. Civ. P. 5.2; Local Rule IC 6-1, and must file a properly redacted version of these documents by September 30, 2026.

IT IS SO ORDERED.

Dated: September 23, 2026

Nancy J. Koppe
United States Magistrate Judge